# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON BRITT,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>BRUCE PLUMLEY,<br><br>　　　　　Respondent. | Case No. 1:18-cv-00386-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE<br><br>(ECF No. 22) |

　　　　Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 15, 2018, Petitioner filed the instant motion to expedite in the instant case on the basis that this matter is ripe for consideration and Petitioner's release date would be January 14, 2019, if Petitioner were to prevail in his claim against Respondent. (ECF No. 22).

　　　　The Court does not have an expedited calendar. The Court is aware of Petitioner's pending petition. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///
///
///
///

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite is DENIED.

IT IS SO ORDERED.

Dated: __**October 17, 2018**__  /s/ *Eric P. Groi*
UNITED STATES MAGISTRATE JUDGE