# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDON BRITT,<br><br>    Petitioner,<br><br>    v.<br><br>BRUCE PLUMLEY,<br><br>    Respondent. | Case No. 1:18-cv-00386-EPG-HC<br><br>ORDER DENYING PETITIONER'S MOTION TO EXPEDITE<br><br>(ECF No. 24) |

    Petitioner is a federal prisoner proceeding *pro se* in a habeas corpus action pursuant to 28 U.S.C. § 2241. On October 19, 2018, Petitioner filed the instant motion to expedite, which is a copy of Petitioner's prior motion to expedite that this Court had denied. (ECF Nos. 22–24).

    As the Court previously noted, the Court does not have an expedited calendar. The Court is aware of Petitioner's pending petition. Petitioner is advised that the Court acts to resolve all pending cases in the most efficient manner possible. Nevertheless, the Court's docket of pending cases is substantial, and the Court must act first on those matters that have been pending the longest.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to expedite (ECF No. 24) is DENIED.

IT IS SO ORDERED.

Dated: **October 22, 2018**

/s/ Eric P. Grojean
UNITED STATES MAGISTRATE JUDGE